**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRYAN BREWER**                                                                 **PLAINTIFF**
**#879756**

**v.**                                    **Case No. 3:26-cv-00089-JM**

**DAMMON MCGITTON, 16th Judicial**
**Drug Task Force**                                                              **DEFENDANT**

## ORDER

Plaintiff Bryan Brewer hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by April 13, 2026. If he does not, his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). The Court directs the Clerk to mail Brewer an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Brewer will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

It is so ordered this 12th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE