**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRYAN BREWER**                                                                                    **PLAINTIFF**
**#879756**

**v.**                                    **Case No. 3:26-cv-00089-JM**

**DAMMON MCGITTON, 16th Judicial
Drug Task Force**                                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 30th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE